AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

CLYDE B. WILLIAMS,

    Plaintiff,

v.

BYRAN BARTOW,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 05-C-89

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is DENIED and this case is DISMISSED.

Approved:    s/ William C. Griesbach
                              WILLIAM C. GRIESBACH
                              United States District Judge

Dated: December 14, 2005.

                              SOFRON B. NEDILSKY
                              Clerk

                              s/ Mary Conard
                              (By) Deputy Clerk